UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JENNIFER KENYON,

                          Plaintiff,                    Case No.: 1:20-cv-00261

v.

DIVERSE FUNDING ASSOCIATES, LLC AND
ATLANTIC RECOVERY SOLUTIONS, LLC,

                          Defendants.
_____

### DEFENDANT DIVERSE FUNDING ASSOCIATES, LLC'S
### CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Diverse Funding Associates, LLC, by and through its attorneys, Lippes Mathias Wexler Friedman LLP, hereby notifies this Court and all parties of the following:

1. Diverse Funding Associates, LLC is a Delaware limited liability company with its principal place of business in the State of New York.

2. Diverse Funding Associates, LLC has no parent corporation.

3. No publicly held corporation owns 10% or more interest of Diverse Funding Associates LLC.

DATED:      March 30, 2020

                                                **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

                                                /s Brendan H. Little
                                                Brendan H. Little, Esq.
                                                Attorneys for Defendant Diverse Funding Associates, LLC
                                                50 Fountain Plaza, Suite 1700
                                                Buffalo, NY 14202
                                                T: 716 853-5100
                                                F: 716-853-5199
                                                E: blittle@lippes.com